James A. McDevitt
United States Attorney
Eastern District of Washington
Jared C. Kimball
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CV-06-269-RHW |
| vs. | ) | |
| $32,140.00 U.S. CURRENCY, | ) | Joint Status Conference Certificate and Request to Extend Stay |
| Defendant | ) | |

Plaintiff, United States of America, by and through James A. McDevitt, United States Attorney for the Eastern District of Washington and Jared C. Kimball, Assistant United States Attorney, and Lisa Brigman, by and through her attorney, Aaron Lowe, submit the following joint status conference certificate in compliance with the order of this court.

On January 24, 2007, this Court granted the United States' motion for stay. The stay expires on July 23, 2007. The United States' criminal investigation is still ongoing, thus, the reasons for the previously granted stay still exist. Therefore, the parties respectfully request the following:

1) That the Court extend the stay for an additional 180 days from the date of entry of an order extending the stay; and,

///

Status Conference Certificate - 1
P70718dm.jka.wpd

2)   That the Court strike the status conference set for July 26, 2007.

DATED this 19th day of July, 2007.

James A. McDevitt
United States Attorney

s/Jared C. Kimball

Jared C. Kimball
Assistant United States Attorney

*Telephonically Approved 7/19/07*

Aaron Lowe
Attorney for Lisa Brigman

Status Conference Certificate - 2
P70718dm.jka.wpd