UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,  Plaintiff,  v.  $32,140.00 U.S. CURRENCY,  Defendant. | NO. CV-06-269-RHW  **ORDER DISMISSING CASE** |
|---|---|

Before the Court is the parties' Joint Status Certificate (Ct. Rec. 40). The parties ask the Court to dismiss the above-captioned civil forfeiture case because a final order of forfeiture was entered in Claimant Lisa Brigman's criminal action.

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **dismissed**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and close the file.

**DATED** this 13th day of October, 2010.

  *s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2006\$32,140.00 currency\dismiss.wpd

**ORDER DISMISSING CASE** ~ 1